IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **THE NOCO COMPANY** | ) | |
| | ) | CASE NO: 1:19-cv-00698 |
| | ) | |
| Plaintiff, | ) | JUDGE: SARA LIOI |
| v. | ) | |
| | ) | |
| **JERMAINE POWELL** | ) | |
| **D/B/A BIGG_CAPP** | ) | |
| | ) | |
| Defendant. | ) | |

___

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff The NOCO Company, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, by and through its undersigned counsel, voluntarily dismisses this action in its entirety *with* prejudice, with each party to bear its own attorneys' fees and court costs.

                Respectfully submitted,

                */s/ Sean P. Malone*
                JON J. PINNEY (0072761)
                SEAN P. MALONE (0076353)
                DAVID R. POSTERARO (0024661)
                KOHRMAN JACKSON & KRANTZ LLP
                1375 East Ninth Street, 29th Floor
                Cleveland, Ohio 44114
                Phone: 216-696-8700/Fax: 216-621-6536
                E-mail: jjp@kjk.com; spm@kjk.com;
                drp@kjk.com

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2019 I have electronically filed the foregoing *Notice of Voluntary Dismissal with Prejudice* with the Clerk of the Court via the CM/ECF system.

                                          */s/ Sean P. Malone*
                                          Sean P. Malone

                                          *Counsel for Plaintiff*